[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-15311
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cv-01406-RWS

DEANGELO COOK,

Petitioner - Appellant,

versus

WARDEN, MACON SP,

Respondent - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(April 28, 2017)

Before HULL, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

In 2009, De Angelo Cook, a Georgia prisoner, filed a federal habeas corpus petition pursuant to 28 U.S.C. § 2254.  That petition was dismissed with prejudice as untimely, and Mr. Cook did not appeal.

In 2016, Mr. Cook filed a second habeas corpus petition.  The district court dismissed this petition for lack of subject-matter jurisdiction because Mr. Cook had not obtained circuit authorization to file a second or successive petition.  Mr. Cook now appeals.

We affirm.  Because Mr. Cook did not obtain circuit authorization to file a second or successive habeas petition, the district court did not have jurisdiction. *See* 28 U.S.C. § 2244(b)(3)(A), (b) (4); *Tompkins v. Secretary*, 557 F.3d 1257, 1259 (11th Cir. 2009) .

**AFFIRMED.**